**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-00783-LTB-CBS

TRICIA BAKER,

      Plaintiff,

v.

WALMART STORES, INC.,

      Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 26 - filed January 12, 2015), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED:   January 13, 2015